Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
BABYCHIC INC. DBA CLAIREBELLA STUDIO

David Bloch (State Bar No. 184530)
**Greenberg Traurig, LLP**
4 Embarcadero Ctr
Suite 3000
San Francisco, CA 94111
415.590.5110 – Telephone
blochd@gtlaw.com

Attorneys for Defendants
HAUTE HOME, LLC AND JANE ELIZABETH LEIDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABYCHIC INC. DBA CLAIREBELLA STUDIO,<br><br>            Plaintiff,<br><br>      vs.<br><br>HAUTE HOME, LLC AND JANE ELIZABETH LEIDER,<br><br>            Defendants. | Case No.:  3:20-cv-08754-JD<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**Current Date: March 11, 2021**<br>**Current Time: 10:00 AM**<br><br>**Proposed Date: April 1, 2021**<br>**Proposed Time: 10:00 AM**<br><br>**Judge: Hon. James Donato** |

   Plaintiff BABYCHIC INC. DBA CLAIREBELLA STUDIO ("Babychic") and Defendants HAUTE HOME, LLC AND JANE ELIZABETH LEIDER (collectively "Defendants") by and through their undersigned counsel, hereby stipulate and request that the Court continue the Scheduling Conference set for March 11, 2021 at 10:00 AM

1  (Dkt. 7) to April 1, 2021 at 10:00 AM or another time that is convenient for the Court.

2  WHEREAS, the last day to meet and confer is February 18, 2021;

3  WHEREAS, the Parties Rule 26(f) Report is due by March 4, 2021;

4  WHEREAS, Plaintiff's counsel has just welcomed his first baby on January 30,
5  2021;

6  WHEREAS, Plaintiff's counsel needs time to care for his newborn child;

7  WHEREAS, the Parties have agreed to continue the scheduling conference two
8  weeks to accommodate Plaintiff's counsel paternity leave;

9  WHEREAS, there have been no other requests for a continuance of the
10  Scheduling Conference;

11  WHEREAS, the Parties respectfully request that the Court continue the due date
12  of the Rule 26(f) Report to March 25, 2021, and that the Court reschedule the Scheduling
13  Conference to April 1, 2021 at 10:00 AM, or at the next date available to the Court.

14  **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties
15  hereto, that the Court enter an order, continuing the Scheduling Conference to April 1,
16  2021 at 10:00 AM or a date thereafter at the Court's convenience, and the Rule 26(f)
17  Report to be due by March 25, 2021. All other dates in the scheduling order are continued
18  accordingly.

19  DATED: February 1, 2021

20

21  */s/ Jonah A. Grossbardt*                         */s/ David Bloch*
    JONAH A. GROSSBARDT                              DAVID BLOCH
22  **SRIPLAW, P.A.**                                **Greenberg Traurig, LLP**
    Attorneys for Plaintiff Babychic Inc. dba        Attorneys for Defendant Haute Home,
23  Clairebella Studio                               LLC, and Jane Elizabeth Leider

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated: February 1, 2021          */s/ Jonah A. Grossbardt*
                                  Jonah A. Grossbardt

STIPULATION TO CONTINUE DATES
PAGE NO 3 OF 3                                                    CASE NO.: 3:20-CV-08754-JD